[No. 48098-1-II.   Division Two.   November 22, 2016.]

MICHAEL NOEL ET AL., *Appellants*, v. THE CITY OF LAKEWOOD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-09354-9, Bryan E. Chushcoff, J., entered September 4, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48258-4-II.   Division Two.   November 22, 2016.]

NARINDER DUGGAL, M.D., *Appellant*, v. MEDICAL QUALITY ASSURANCE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-2-00351-7, Erik D. Price, J., entered October 9, 2015. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 48472-2-II.   Division Two.   November 22, 2016.]

*In the Matter of the Personal Restraint of* KENNETH RAYMOND FORGA, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 48593-1-II.   Division Two.   November 22, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN T. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-01097-1, Leila Mills, J., entered January 8, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J.